UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV - 4 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Karen F. Long, )
)
Plaintiff, )
)
v. ) Civil Action No. 10 1889
)
Stepen N. Zark, )
)
Defendant. )
)

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure and is frivolous.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a resident of Oxon Hill, Maryland, purports to sue the President of the American Bar Association but for what conduct is unknown.[1] The complaint, consisting of incoherent scribble, fails to provide any notice of a claim and is simply frivolous.[2] A separate Order of dismissal accompanies this Memorandum Opinion.

Date: October 25, 2010

United States District Judge

---

[1] The President of the American Bar Association is Stephen N. Zack. *See* http://www.abanet.org.

[2] This complaint is one of four such submissions received by the Clerk's Office on the same day. Each complaint names a different defendant. Plaintiff, who just this year has had nine cases dismissed under similar circumstances, is warned that her persistence in filing frivolous lawsuits may result in the Court imposing restrictions on her ability to file cases in this Court.